FILED
March 27, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: ___DT___
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXIS MALDONADO-MUNOZ also known as (a.k.a) Tarzan,<br><br>Defendant. | Case No: EP:24-CR-00699-KC<br><br>**I N D I C T M E N T**<br><br>**CT 1: 18:956(a)(1) – Conspiracy to Kill in a Foreign Country** |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
Conspiracy to Kill In a Foreign Country
(18 U.S.C. § 956(a)(1))

Beginning on or about December 28, 2024, and continuing through and including on or about January 3, 2024, both dates being approximate and inclusive, within in the Western District of Texas and elsewhere, Defendant,

**ALEXIS MALDONADO-MUNOZ**
**a.k.a. Tarzan,**

together with others known and unknown to the Grand Jury, did knowingly and intentionally conspire to commit outside the United States, that is, the Republic of Mexico, an act that would constitute the offense of murder if committed in the special maritime and territorial jurisdiction of the United States, by shooting and murdering E.G.R. as authorized by another co-conspirator within the United States.

All in violation of Title 18, United States Code, Section 956(a)(1).

A TRUE BILL.

███████████████████████████

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney